UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LYKOURGOS TSIRAKIS,

                                                              16 cv 24 (PKC)

                        Plaintiff,

                                                              ORDER



                -against-

FIELD STREET CAPITAL MANAGEMENT,
LLC,

                        Defendant.
-----------------------------------------------------------x

CASTEL, District Judge:

   The limited subject matter jurisdiction of a district court is best addressed at the outset of a case.  It falls upon the Court to raise issues of subject matter jurisdiction <u>sua</u> <u>sponte</u>.

   The plaintiff brings this action invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332.  A complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of the limited liability company and the place of incorporation and principal place of business of any corporate entities that are members of the limited liability company.  <u>See</u> <u>Handelsman v. Bedford Village Associates Ltd. Partnership</u>, 213 F.3d 48, 51-52 (2d Cir. 2000) (citing <u>Cosgrove v. Bartolotta</u>, 150 F.3d 729, 731 (7th Cir.1998)); <u>Strother v. Harte</u>, 171 F.Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). Rule 8(a), Fed. R. Civ. P.

   Here, the plaintiff, Lykourgos Tsirakis, does not allege the citizenship of the constituent members (persons and entities) of the defendant, Field Street Capital Management, LLC (the "LLC").  Within 14 days of this Order, plaintiff may serve upon the LLC an interrogatory

limited to the citizenship, i.e., state (if a US citizen) or country (if not a US citizen), of all natural persons who are members of the LLC and, if a corporation, the jurisdiction under whose laws it is incorporated and the principal place of business.

Within 30 days, the plaintiff shall amend its complaint to allege the citizenship of each of the constituent members of the LLC, or the action will be dismissed for lack of subject matter jurisdiction.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
        January 6, 2016