UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYKOURGOS TSIRAKIS,

                        Plaintiff,

vs.

FIELD STREET CAPITAL MANAGEMENT, LLC,

                        Defendant.

16 cv 24 (PKC)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that I hereby enter my appearance in the above-referenced matter on behalf of Plaintiff Lykourgos Tsirakis and request that copies of all future pleadings, notices, correspondence and other papers be served upon me at the address listed below.  I hereby certify that I am admitted to practice before this honorable Court.

New York, New York
January 7, 2016

                                              Respectfully submitted,

                                              SEWARD & KISSEL LLP

                                              By:   s/ Julia C. Spivack
                                                        Julia C. Spivack

                                              One Battery Park Plaza
                                              New York, New York  10004
                                              Tel:  (212) 574-1200
                                              Fax: (212) 480-8421
                                              spivack@sewkis.com

                                              *Attorneys for Plaintiff Lykourgos Tsirakis*

SK 28944 0006 6987815