UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

LYKOURGOS TSIRAKIS

                                      Plaintiff,

  -against-                                              **AFFIDAVIT OF SERVICE**
                                                                           Civil Action No. 16 Civ. 24 (PKC)

Field Street Capital Management, LLC

                                        Defendant.

---

STATE OF NEW YORK
COUNTY OF ALBANY  SS:

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 6th day of January 2016, at approximately the time of 10:30 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, Complaint, Civil Cover Sheet, Individual Practices of Judge P. Kevin Castel, Individual Practices of Magistrate Judge Gabriel W. Gorenstein and Electronic Case Filing Rules and Instructions, upon **FIELD STREET CAPITAL MANAGEMENT, LLC,** by delivering to and leaving with Nancy Dougherty an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Nancy Dougherty is a white female, approximately 55 years of age, stands approximately 5 feet 2 inches tall, weights approximately 120 pounds with brown hair and wears glasses.

                                                                                     Denise L. Dooley

Sworn to before me
this 6th day of January 2016.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2018

```
                State of New York - Department of State
                          Receipt for Service

Receipt #:  201601060208                    Cash #:  201601060118
Date of Service:  01/06/2016              Fee Paid:  $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served:  FIELD STREET CAPITAL MANAGEMENT, LLC


Plaintiff/Petitioner:
        TSIRAKIS, LYKOURGOS



Service of Process Address:
FIELD STREET CAPITAL MANAGEMENT, LLC
1140 AVENUE OF THE AMERICAS
6TH FLOOR
NEW YORK,  NY 10036
                                            Secretary of State
                                            By  NANCY DOUGHERTY
```