UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | | |
|---|---|---|
| LYKOURGOS TSIRAKIS, | : | No. 1:16-cv-00024 (PKC) |
| Plaintiff, | : | **NOTICE OF APPEARANCE** |
| vs. | : | |
| FIELD STREET CAPITAL MANAGEMENT, LLC, | : | |
| Defendant. | : | |

-----------------------------------------------------------------

     PLEASE TAKE NOTICE that Eric G. Hoffman of the law firm Sidley Austin LLP hereby appears in this action for and on behalf of Defendant Field Street Capital Management, LLC.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  New York, New York
       January 22, 2015          SIDLEY AUSTIN LLP

                                       By:  /s/ Eric G. Hoffman
                                             Eric G. Hoffman
                                             787 Seventh Avenue
                                             New York, New York 10019
                                             Tel:   (212) 839-5300
                                             Fax:  (212) 839-5599
                                             eric.hoffman@sidley.com

                                         *Attorneys for Defendant Field Street Capital Management, LLC*