UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| LYKOURGOS TSIRAKIS, | Case No. 16-cv-00024 (PKC) |
| Plaintiff, | |
| v. | **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| FIELD STREET CAPITAL MANAGEMENT, LLC, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Field Street Capital Management, LLC ("Field Street") hereby certifies, through its undersigned counsel, as follows:

1. Field Street is a privately-held limited liability company, with no parent corporation.

2. No publicly-held corporation owns ten percent or more of Field Street's stock.

Dated: New York, New York
February 11, 2016

SIDLEY AUSTIN LLP


By: /s/ Eric G. Hoffman
      Eric G. Hoffman

Eric G. Hoffman
787 Seventh Avenue
New York, New York 10019
tel: (212) 839-5300
fax: (212) 839-5599
eric.hoffman@sidley.com

*Attorneys for Defendant*